William L. Mentlik
Tedd W. Van Buskirk
Aaron S. Eckenthal
LERNER, DAVID, LITTENBERG,
  KRUMHOLZ & MENTLIK, LLP
600 South Avenue West
Westfield, NJ 07090-1497
Tel:    908.654.5000
Fax:    908.654.7866

**OF COUNSEL**
Stephen M. Hash
Jeffrey Gritton
BAKER BOTTS L.L.P.
98 San Jacinto Blvd, Suite 1500
Austin, TX 78701
Tel:    512.322.2500
Fax:    512.322.2501

*Attorneys for Defendants Lotus Pharmaceutical*
*Co., Ltd. and Alvogen Pine Brook, LLC*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| CELGENE CORPORATION, | : | **Document Filed Electronically** |
| | : | |
| Plaintiff, | : | Civil Action No. 17- 6842-SDW-LDW |
| v. | : | |
| | : | Susan D. Wigenton, U.S.D.J. |
| LOTUS PHARMACEUTICAL CO., LTD. and | : | Leda Dunn Wettre, U.S.M.J. |
| ALVOGEN PINE BROOK LLC, | : | |
| | : | |
| Defendants. | x | |

### NOTICE OF MOTION FOR JUDGMENT ON THE PLEADINGS

PLEASE TAKE NOTICE that Defendants Lotus Pharmaceutical Co., Ltd. and Alvogen Pine Brook LLC, pursuant to Fed. R. Civ. P. 12(c) will move before this Court at on July 16, 2018, or as soon thereafter as counsel may be heard, the parties will move before The Honorable Susan D. Wigenton, United States District, at the United States District Court for the District of New Jersey, Martin Luther King Jr. Federal Building & U.S. Courthouse, 50 Walnut Street, Newark, New Jersey 07101, on July 16, 2018, before The Honorable Susan D. Wigenton,

U.S.D.J., for entry of an Order dismissing Plaintiff's claims of patent infringement of the REMS Patents because such patents fail to claim patentable subject matter under 35 U.S.C. § 101 and are thus invalid.

An accompanying brief detailing Defendants' support and a proposed Order is submitted simultaneously herewith.

                                      Respectfully submitted,

                                      LERNER, DAVID, LITTENBERG,
                                       KRUMHOLZ & MENTLIK, LLP
                                      *Attorneys for Defendants Lotus Pharmaceutical Co., Ltd. and Alvogen Pine Brook, LLC*

Dated:    June 21, 2018            By:    s/ Aaron S. Eckenthal
                                                           Aaron S. Eckenthal
                                                           Tel: 908.654.5000
                                                           E-mail: aeckenthal@lernerdavid.com
                                                                     litigation@lernerdavid.com

**OF COUNSEL**
Stephen M. Hash
Jeffrey Gritton
BAKER BOTTS L.L.P.
98 San Jacinto Blvd, Suite 1500
Austin, TX 78701
Tel:     512.322.2500
Fax:    512.322.2501
E-mail: stephen.hash@bakerbotts.com
           jeff.gritton@bakerbotts.com